IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIO HERNANDEZ ESCALANTE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:25-CV-00182-MJT |
| | § | |
| KRISTI NOEM, TODD M. LYONS, NIKITA BAKER, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS UPDATE**

This case has been referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 25, 2025, this case was transferred to this district from the District of Maryland. (Doc. #18.)  Petitioner's counsel has entered notices of appearance.  Nothing has been filed in the case since the transfer, and there are no pending motions to rule upon other than the habeas petition, and the Respondent has filed a response.  Therefore, the court is prepared to make a ruling unless circumstances have changed regarding the Petitioner's detention and/or any immigration proceedings have been initiated.  Thus,

It is **ORDERED** that the parties shall file a case status update with the court by Monday, July 7, 2025.

**SIGNED this the 1st day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE