# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MARIO HERNANDEZ ESCALANTE, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> KRISTI NOEM, TODD M. LYONS, NIKITA § <br> BAKER, § <br> § <br> Respondents. § | CIVIL ACTION NO. 9:25-CV-00182-MJT |

## ORDER

This case has been referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge.

On July 3, 2025, the court ordered that the Respondent file with the court unredacted copies of exhibits in the record. (Doc. #25.) Respondent complied with the court's order filing the documents under seal, along with a Motion to Seal. Docs. #26, #27, #28.) The court has considered the Respondent's Unopposed Motion to Seal and hereby GRANTS said motion (Doc. #28) due to the sensitive information contained in the documents.

**SIGNED this the 8th day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE