IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARIO HERNANDEZ ESCALANTE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:25-CV-00182-MJT |
| § | |
| KRISTI NOEM, TODD M. LYONS, NIKITA BAKER, § § § | |
| § | |
| Respondents. § | |

## ORDER TO RESPOND

This case has been referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On July 11, 2025, the undersigned entered a Report and Recommendation on the Petition for Writ of Habeas Corpus. (Doc. #31.) The parties have fourteen (14) days to object to that report and recommendation before the district judge can make a final ruling to dispose of this case. Fed. R. Civ. P. 72(b)(2). That deadline is July 25, 2025.

Now, the Petitioner has filed a Motion for Preliminary Injunction to maintain the status quo pending the district court's determination on the Petition. (Doc. #32.) Due to the time sensitive nature of this request, the court ORDERS the Respondents to file a Response to the Motion for Preliminary Injunction by Wednesday, July 16, 2025.

**SIGNED this the 15th day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE