IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARIO HERNANDEZ ESCALANTE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:25-CV-00182-MJT |
| § | |
| KRISTI NOEM, TODD M. LYONS, NIKITA § | |
| BAKER, § | |
| § | |
| Respondents. § | |

**ORDER STRIKING OBJECTIONS**

This case has been referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On July 11, 2025, this court entered a Report and Recommendation (doc. #31) on the Petition for Writ of Habeas Corpus. On July 25, 2025, the Respondents filed objections to that report (doc. #37). The objections total fifteen (15) pages in length. The Local Rules for the United States District Court for the Eastern District of Texas provide that "[o]bjections to reports and recommendations" on case-dispositive motions "shall not exceed eight pages." *See* E.D. TEX. R. CV-72(b). Respondents did not seek leave of court before filing objections totaling almost twice the allowed page limit. It is therefore ORDERED that the Respondent's Objections (doc. #37) are STRICKEN from the docket for failure to seek leave of court to exceed the page limitation set forth by the Local Rules.

Respondents are directed to either re-file the objections as is with the appropriate motion for leave to exceed page limitations in accordance with the Local Rules (*see* E.D. TEX. R. CV-7(k)), or to re-file the objections to comport with the eight (8) page limitation by Wednesday, July

1

30, 2025. The court hereby GRANTS leave for the plaintiff's filing of objections beyond the fourteen (14) day deadline set by 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.

It is so ORDERED.

**SIGNED this the 28th day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE