# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MARIO HERNANDEZ ESCALANTE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:25-CV-00182-MJT |
| § | |
| KRISTI NOEM, TODD M. LYONS, NIKITA BAKER, § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

For reasons expressed in the accompanying Order Overruling Objections and Adopting the Report and Recommendation of the United States Magistrate Judge, it is

CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus in the above-captioned matter is GRANTED. The Respondents are ordered to release the Petitioner immediately on supervised release pursuant the same supervised release conditions previously imposed in accordance with 8 C.F.R. § 241.5, including the continued use of an ankle monitoring device. While on release, nothing stops Respondents from re-detaining and removing the Petitioner if the proper travel documents are secured and there is a significant likelihood of his removal to Canada or an alternative third country after the proper evaluation of any credible fear claim has been made per the immigration regulations.

The clerk is directed to close this case. It is so ORDERED.

**SIGNED this 2nd day of August, 2025.**

_____
Michael J. Truncale
United States District Judge